```
 1  LAW OFFICES OF BILL LATOUR
    BILL LATOUR [CSBN: 169758]
 2      11332 Mountain View Ave., Suite C
 3      Loma Linda, California 92354
        Telephone: (909) 796-4560
 4      Facsimile:  (909) 796-3402
 5      E-Mail: Bill.latour@verizon.net
 6
 7  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TANIEKA HARRIS, | No. EDCV 09-199 SS |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND ONE HUNDRED DOLLARS and 00/cents ($3,100.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 12/9/09        *Suzanne H. Segal*

HON. SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE